UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY KAY BURDINE,

    Plaintiff,

v.                                                                       Case No. 1:17-cv-1133
                                                                       Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

**JUDGMENT**

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED**.

Dated:  March 26, 2019                         /s/ Ray Kent
                                                United States Magistrate Judge